UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIN LEE RUBEY,<br><br>                    Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | CASE NO. C18-5869-TSZ<br><br>**ORDER AFFIRMING THE COMMISSIONER** |

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 15, plaintiff's objections thereto, docket no. 16, and the Commissioner's response, docket no. 17, does hereby find and **ORDER**:

1) The Court ADOPTS the Report and Recommendation.

2) The Commissioner's decision is **AFFIRMED**.

3) The Clerk is DIRECTED to enter judgment accordingly, to provide copies of this Order and the Judgment to the parties and to Judge Tsuchida, and to CLOSE this case.

DATED this 10th day of July, 2019.

　　　　　　　　　　　　　　　　　　　　　／s／ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER AFFIRMING THE COMMISSIONER - 1